IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH T. PEDERSEN, MD, PHD** | § | **PLAINTIFF** |
| | § | |
| V. | § | 1:04CV91LG-RHW |
| | § | |
| **STEVEN PRINCIOTTA, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and the Court, after a full review and consideration of the motion, response, reply, the pleadings on file, the summary judgment evidence, and the relevant legal authority, concludes that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's state law claims against the Defendants, Steven Princiotta, Donald F. Dubois, Cameron Pimperl, David G. Young, and the United States of America, are hereby **DISMISSED with prejudice** pursuant to FED. R. CIV. P. 12(b)(1).

**IT IS FURTHER ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's *Bivens* claims against the individual defendants, judgment is rendered in favor of the Defendants, Steven Princiotta, Donald F. Dubois, Cameron Pimperl, and David G. Young, pursuant to FED. R. CIV. P. 56.  These claims are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED**, that the Plaintiff's claims against Defendant David Larson are hereby **DISMISSED without prejudice** pursuant to FED. R. CIV. P. 4(m).

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE